# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re* BAYCOL PRODUCTS LITIGATION | MDL NO. 1431 (MJD/SRN) |
| This Document Relates to: | **ORDER** |
| *Gordon Boucher, et al., v. Bayer Corp., et al.* (Plaintiff Mary Ella Smith only) | Case No. 04-1233 |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 9, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Mary Ella Smith [Doc. No. 61] is GRANTED; and

2. Plaintiff Mary Ella Smith's action is DISMISSED WITH PREJUDICE.

DATED: __APR 2 6 2007__, 2007.

Judge Michael J. Davis
United States District Court Judge

SCANNED
APR 2 7 2007
U.S. DISTRICT COURT MPLS

1