UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION

This Document Relates to:

*Gordon Boucher, et al., v. Bayer Corp., et al.*
(Plaintiff Inez Ford only)

MDL NO. 1431
(MJD/SRN)

**ORDER**

Case No. 04-1233

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 9, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Inez Ford [Doc. No. 57] is GRANTED; and

2. Plaintiff Inez Ford's action is DISMISSED WITH PREJUDICE.

DATED: APR 26 2007, 2007.

Judge Michael J. Davis
United States District Court Judge

SCANNED
APR 27 2007
U.S. DISTRICT COURT MPLS

1