UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION     MDL NO. 1431
(MJD/SRN)

This Document Relates to:

**ORDER**

*Gordon Boucher, et al., v. Bayer Corp., et al.*     Case No. 04-1233
*(Plaintiff George Fobbs III only)*

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated April 9, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff George Fobbs III [Doc. No. 55] is GRANTED; and

2. Plaintiff George Fobbs III's action is DISMISSED WITH PREJUDICE.

DATED: APR 26 2007, 2007.

Judge Michael J. Davis
United States District Court Judge

SCANNED
APR 2 7 2007
U.S. DISTRICT COURT MPLS

1