**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re* BAYCOL PRODUCTS LITIGATION            MDL NO. 1431 (MJD/SRN)

**O R D E R**

This Document Relates to:

*Gordon Boucher, et al. v. Bayer Corp., et al.*            Case No. 04-1233
   *(Plaintiff Michael Peter Mooney only)*

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections have been filed to that Report and Recommendation in the time period permitted.

    Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1.  Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Michael Peter Mooney (Doc. No. 79) is **GRANTED**; and

2.  Plaintiff Michael Peter Mooney's action is **DISMISSED WITH PREJUDICE**.


Dated: August 20, 2007            s / Michael J. Davis
                                                                          MICHAEL J. DAVIS
                                                                          United States District Court Judge