# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re* BAYCOL PRODUCTS LITIGATION | MDL NO. 1431 (MJD/SRN) |
| | |
| | **O R D E R** |
| This Document Relates to: | |
| *Gordon Boucher, et al. v. Bayer Corp., et al.* (Plaintiff Clara Scott only) | Case No. 04-1233 |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted.

Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Clara Scott (Doc. No. 83) is **GRANTED**; and

2. Plaintiff Clara Scott's claims are **DISMISSED WITH PREJUDICE**.

Dated: August 20, 2007

s / Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge