## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION      MDL NO. 1431 (MJD/SRN)

**O R D E R**

This Document Relates to:

*Gordon Boucher, et al. v. Bayer Corp., et al.*      Case No. 04-1233
   *(Plaintiff Nathaniel Hampton only)*

No appearance on behalf of Plaintiff Nathaniel Hampton

Susan Weber and James Mizgala, Esqs., on behalf of Defendant Bayer Corporation

     The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections have been filed to that Report and Recommendation in the time period permitted.  Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff Nathaniel Hampton (Doc. No. 97) is **GRANTED**;

    2.    Plaintiff Nathaniel Hampton's claims are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff's counsel must pay the sum of $125.00 to Bayer Corporation within ten days of this Order.

Dated: February 14, 2008                           s / Michael J. Davis
                                                   MICHAEL J. DAVIS
                                                   United States District Court Judge

2